# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.E., a minor, on his behalf | : | |
| by his parents, et.al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL DAUPHIN | : | No. 06-2423 |
| SCHOOL DISTRICT, | : | |
|     Defendant. | : | |

# O R D E R

**AND NOW**, this 3rd day of January, 2013, upon Consideration of Defendant's Motion for Summary Judgment (Doc. No. 78), and all Responses and Replies thereto it is hereby ORDERED that the motion is **GRANTED**.[1]

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] The Defendant's Motion for leave to file its Statements of Material Fact *Nun Pro Tunc* (Doc. No. 84) is denied as moot.