# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| D.E., a minor, on his behalf, by his parents, et al <br> *Plaintiff* <br> v. <br> Central Dauphin School District <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:06-CV-2423 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  IT IS HEREBY ORDERED AND ADJUDGED pursuant to the Memorandum and Order dated January 3, 2013, that Summary Judgment be and is hereby entered in favor of Defendant, Central Dauphin School District, and against Plaintiffs, D.E., a minor, on his behalf by his parents, Maria English and Ronald Sheffy.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  The Honorable Lawrence F. Stengel  on a motion for summary judgment.

Date: January 3, 2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
JAN 3 2013
PER _____
HARRISBURG, PA  DEPUTY CLERK